# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

May 22, 2008

Judge Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

Re: U.S. v Lustig, 07 Cr. 1029 (DC)

Dear Judge Chin;

    I write to you in reference to the bail conditions set by your honor in the above captioned case. Mr. Lustig is reporting to Pre-Trial in the Southern District of New York on a weekly basis.

    Mr. Patrick Mancini is the Pre-Trial Officer to whom Mr. Lustig reports. Mr. Mancini contacted my office today. It is his recommendation that the bail conditions for Mr. Lustig be modified. It is the suggestion of the Pre-Trial Officer that Mr. Lustig be required to report to his office on a weekly basis via telephone. He also recommends that Mr. Lustig report to his office once a month.

    In support of this recommendation, Mr. Mancini cites verified employment, a stable home environment (confirmed by a home visit) and total compliance with the office requests since September 2007. I have spoken with AUSA Brodsky regarding this request, and he does not object.

    Accordingly, the defendant requests that the court amend his pre-trial bail order to require weekly telephone contact and monthly in person contact with the Pre-Trial officer.

Respectfully submitted,

*Patrick Joyce*
Patrick Joyce

Approved.
So ORDERED.

*[signature]*
DPJ 5/28/08