# PATRICK J. JOYCE, ESQ.

Attorney at Law
20 Northfield Avenue
West Orange, NJ 07052
(973) 324-2711
FAX (973)731-7409

70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

June 18, 2008

Honorable Denny Chin
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

Re: U.S. v Alain Lustig, 07-Cr. 1029(DC)

Dear Judge Chin;

    I write to you in reference to the bail conditions set by your Honor in the above captioned case. Mr. Lustig is reporting to Pre-Trial in the Southern District of New York. AUSA Reed Michael Brodsky has been assigned to the case.

    Mr. Lustig would like to travel to Florida for a period of three (3) days to help a friend move. He will be leaving on June 22, 2008 and returning on June 25, 2008. He will be staying with William Heaton, 2573 Mercedes Drive, Fort Lauderdale, Florida 33316. Mr. Heaton can be reached at (954) 821-6700.

    His bail conditions restrict his travel to the Eastern and Southern Districts of New York. I raised the issue with Mr. Brodsky and he does not object to this request. I also asked Mr. Brodsky if he would be seeking an adjustment in Mr. Lustig's detention status and he assured me he will not object to his continued release as set by your honor.

    Mr. Lustig respectfully requests the court to amend his pre-trial conditions of release to include traveling to Florida between the above mentioned dates.

    If you have any questions regarding this request do not hesitate to contact my office.

Sincerely,

Patrick Joyce

Approved.
SO ORDERED,
USDJ 6/20/08